2/24/05

Dear Court Clerk / Judges

My Name is David Mayfield my case No are
04-888-JJF
03-557-KAJ
04-1500-JJF

I am Writting to inform the Court that I am No longer Housed at the Delaware Correctional Center in Smyrna.

I was transfered for Some ~~Some~~ Strange Reason on 2/23/05 up to the Ganderhill facility in Wilmington at 1301 East 12th St.

Please forward all mail to the Ganderhill facility.

Thank you

Respectfully
David Mayfield