FILED
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

04-888-JJF
03-557-KAJ
✱ 04-1508-JJF

CC: ROB

3/8/05

Dear Court Clerk

My Name is David Mayfield on February 23rd 2005 I was transfered from the Delaware Correctional Center in Smyrna to the Howard Young Prison facility formally known as Gandershill. Noone from either facility has told me why I was moved &

Ive written Many letters to prison personnel and has Recieved no Response. Ive also written this Honorable Court in late February to notify this court that I was transfered and this court has not Responded —

under 04-888-JJF I have a Habius Corpus pending against Warden Carroll that I filed when I was in his facility in Smyrna. Iam asking this Honorable Court to Respond as to whats the Status on my pending Motions listed Above and whether or not the Court is aware that I was moved to another prison (please write Back)

David Mayfield