OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 11, 2005

TO:  David Mayfield
     SBI #26078
     H.R.Y.C.F.

RE:  *Letter Requesting Status of Cases; CA 03-557 KAJ, 04-888 JJF, 04-1500 JJF*

Dear Mr. Mayfield:

   This office has received a letter from you requesting the status of the above mentioned civil actions. Your cases are assigned to the Honorable Kent A. Jordan (CA 03-557) and to the Honorable Joseph J. Farnan Jr. (CA 04-888, 04-1500) and are currently pending before the Court. You will be advised by the Court as to further developments in your cases.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/jp                                       PETER T. DALLEO
                                          CLERK

cc:  The Honorable Kent A. Jordan: CA 03-557 KAJ
     The Honorable Joseph J. Farnan Jr.: CA 04-888 JJF, 04-1500 JJF
enc. Docket Sheets