IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID L. MAYFIELD,                :
                                  :
         Petitioner,              :
                                  :
v.                                :   Civil Action No. 04-888-JJF
                                  :
THOMAS CARROLL, Warden,           :
and M. JANE BRADY,                :
Attorney General for the          :
State of                          :
Delaware,                         :
                                  :
         Respondents.             :

O R D E R

At Wilmington this 16 day of March, 2005;

IT IS ORDERED that:

Petitioner's request to proceed in forma pauperis is DENIED as moot. (D.I. 11.) Petitioner paid the filing fee on August 19, 2004.

                                               UNITED STATES DISTRICT JUDGE