In the U.S. District Court
for the District of Delaware

Civil Action No. 04-888-JJF

RECEIVED APR -5 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Dear Judge Farnan JR.

My Name is David Mayfield I am the Petitioner in the Above Case Numbers I filed a Habeas Corpes in your Honorable Court on August 4th 2004 Againts the Warden Carroll of the Delaware Correctional Center in Smyrna Delaware However on February 23rd 2005 I was transfered to the Howard R. Young Correctional facility in Wilmington I am not Complaining about the Transfer Because Now I am Closer to my mother But I don't Know Whether or not I was moved as a Result of Retaliation Because I am also part of a New Suit in this Honorable Court under Case 03-557-KAJ and I've ask Both Prisons facilities Why I was moved and Neither institution has given me a Straight answere.

I Don't Know How this Move will effect my Habeas Corpes Currently Pending Againts Warden Carroll of the Delaware Correctional Center Now that I Have Been moved to

the Howard R Young Correctional institutional Run By Warden Raphael Williams

Please, White Back

Respectfully

David Mayfield

3/16/05

# CERTIFICATE OF SERVICE

I, _David Mayfield_ hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the __16__ day of __March__, __2005__

********************************************************

\*\* Circle the Department of Justice you are serving\*\*

MR Gregory Smith D.A.G. ESQ

(circled) Deputy Attorney General  
Department of Justice  
820 North French Street  
Wilmington, DE 19801

Deputy Attorney General  
Department of Justice  
102 West Water Street  
Dover, DE 19901

Deputy Attorney General  
Department of Justice  
114 East Market Street  
Georgetown, DE 19947

Served Judge Farnan JR.  
U.S Dist Court  
04-888-JJF

__3/16/05__  
Date Signed

__David Mayfield__  
Signature of Movant (Notarization not required)

David Mayfield #260768
1301 East 12th St
Wilm, Dela, 19802




U.S. District Court
844 N. King Street
Lock Box 18
Wilmington Delaware
19801

Legal Mail