In the United States District Court
for the District of Delaware

FILED
APR 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civil Act No
04-888-JJF
Habias Corpes

This Letter is for the Hon Judge Joseph Farnan JR in the Above caption number and motion. I am not Submitting an argument, or Citeing cases or Making A Claim, So therefore I believe I should not Have to Serve this letter upon the States District Attorney - Mr Gregory Smith, in this Case. "I Just Want to ask the procideing Judge over this case a Question. In July 2004 I filed a Habias Corpes in this Honorable Court. Several Days later I filed a Mamorandum in Support of my Habias Corpes, in October 2004 the State Responded, as to Why My Habias Relief Should fail.
I Requested to Have my Medical added to my Habias Corpes which was Denied in December 2004 Because Medical is Not Cognizable in federal Habias Proceeding. I also made a Request for Councel which was Denied Without prejudice on March 16th 2005 Because this Honorable Court Stated that Pro Se litigant has No Automatic Constitutional or Statutory Right to Representation in this federal habeas Proceeding. As of April 2005 My Habias Corpes and My Mamorandum to Support My Habias Corpes Has Been Currently Active in this Court about 9 months Now,

While at D.C.C. I was told by the law library's paralegal, "that the longer my motion stays in the court the better it is for me," and I was wondering if I raised a sound argument with merits in my motions memorandum because I was also told by the D.C.C Law Library paralegal that if my motion did not have any merits, that this Honorable Court would have denied my motion a long time ago, and I also believe that the motion would have been denied when this Honorable Court denied me counsel aswell as not allowing me to add my medical claims to my motion. But as it stands now," as of this month of April I will have eleven months left on my incarceration time which will be followed by level 4 Plummer Center which I'll have to serve 6 months. I don't know how long it will take for this Honorable Court to rule on my pending motion because I've never filed a Habias Corpes before nor do I know the courts rule on the motion But I pray that I have Arguable merits in my motion that will award me some relief no matter how big or small it is. Because right now my mother is 62 yrs old just retiring last year from Christiana care, and right now her health is not good and she needs me to assist in making repairs to her home. Right now my fait lys in the hands of this Honorable court who has the power and authority to release me from prison, I just pray that the courts carefully review my Habias Corpes, and that my motion

contained arguable Valid Merits — that would Warranted Some Relief and although I know This Honorable Court is Quite Busy, I pray that This Court Will Rule on My Motion Soon. —

4/11/05

Respectfully
David Mayfield
#260768

David Mayfield #260768
Howard R. Young Correctional Facility
1301 East 12th St
Wilmington, Delaware

Legal Mail

United States District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware 19801-3570

19801-3570

U.S.M.S. X-RAY

USA 37