OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 20, 2005


**TO:** David Mayfield
HRYCF
SBI # 260768


**RE:** *Lack of Proof of Service on all Local Counsel of Record*
*CA 04-888 JJF*


Dear Mr. Mayfield:

    Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. A letter received by the Clerks office on 4/12/05 did not include a certificate of service. (DI 66)

    In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

    A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

    Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

                                Sincerely,

                                PETER T. DALLEO
/bad                              CLERK

Enclosure

cc: The Honorable Joseph J. Farnan, Jr.; 04-888 JJF

In the United States District Court
for the District of Delaware

66

Civil Act No
04-888-JJF
Habias Corpes

This letter is for the Hon Judge Joseph Farnan Jr in the Above caption number and motion. I am not Submitting an argument, or Citing cases or Making A Claim, So therefore I believe I should not Have to Serve this letter upon the States District Attorney - Mr Gregory Smith in this case. "I Just Want to ask the Procedeing Judge over this case a Question. In July 2004 I filed a Habias Corpes in this Honorable Court. Several Days later I filed a Memorandum in Support of my Habias Corpes, in October 2004 the State Responded, as to why my Habias Relief Should fail. I Requested to Have my Medical added to my Habias Corpes Which was Denied in December 2004 Because Medical is Not Cognizable in federal Habias Proceeding. I also made a Request for Councel Which was Denied without prejudice on March 16th 2005 Because this Honorable Court Stated that Pro Se litigant has No Automatic Constitutional or Statutory Right to Representation in this federal Habeas Proceeding. As of April 2005 My Habias Corpes and my Memorandum to Support my Habias Corpes Has Been Currently Active in this Court about 9 months Now,