IN the U.S. District Court
for the District of Delaware

David Mayfield

vs

Thomas Carroll Warden of D.C.C
Jane Brady Attorney General for the State of Delaware

Civil Act No. 04-888-JJF

FILED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

This letter is for the Hon. Judge Joseph Farnan JR. in the Above Caption Case Number. I am not Submitting any Arguments or Citeing cases or making a Claim in this letter, I Just want to ask the procideing Judge over this Case a Question. In July 2004, I filed a Habias Corpes in this Honorable Court and Several Days later I filed a Mamorandum in Support of my Habias Corpes, in October 2004 the State Responded as to why my Habias Corpes Motion Should fail, I Requested to be Appointed Counsel when I filed my motion in July 2004, My Request was Denied without prejudice on March 16th 2005. I also Requested and Added my medical Condition to my Habias Corpes which was Denied in December 2004 Because the Court Stated that medical is Not Cognizable in federal Habias Proceedings. as of May 2005 My Habias Corpes and Mamorandum to Support my Habias Corpes will be Currently Active in this Court 10 Months Now I've been told by the Law Library Paralegal at D.C.C. that the longer my motion stays before the Court the Better for me. the Paralegal Also Stated

that "if" my Habeas Corpus Motion did not Have Merits this Honorable Court Would Have Denied my motion earlier in the Proceedings. I Don't Know How the Courts Ruleing procedure is in a Habeas Corpus proceeding or Why it takes long to be Decided. But I Have Been incarcerated Since August 16th 2002, to a total of 4 years for a technical Violation of Probation for missed probation Appointments and past Dirty Urine. as of this month of May 2005 I Will Now Have 10 months left of level 5 incarceration followed by 6 months level 4 Plummer Center. I Was praying that my motion Had a Meritable Argument know matter How Big or Small so I could Just have Some Relief. I Would be Satisfied with Just Getting Relief from Not Having to Serve the Additional One year Sentence under CRA No VN99090642 - that Starts May 12th 2005 My Mother Just Retired from Christiana Care in July 2004 after working 37 years Her Home Needs Repairs and her Health is not a Hundred Percent Neither is Mine Because I Suffer from a "Medical Illness Called Ulcertive Colitis I Experience Rectual Bleeding - Severe Abdominal Crampings - and Rectual Pain that the Department of Corrections Just Started giving me the Rectual Medication I've Been fighting for for 3 years - they Gave it to me on Sunday Feb 6th 2005, at D.C.C.. Judge Farnan- I wrote Superior Court Judge