Richard Gebelein last week and I express myself to tell Him that His duties over seas has cost me four years of my life - Because technically on Oct 1st 2002 I was suppose to Have Stood before Him on a technical violation But Him being away from His courtroom duties Had put me before the Hon Judge Peggy Ableman instead and She Sentence me to 4 years.

Judge Ableman is out of control -

But if I would Have Stood before the Hon Judge Gebelein on Oct 1st 2002 I would not Have Been incarcerated this long period of time. Once Release from prison I plan to fight the States Prison Systems which is not Running on all Cylinders - aswell as Probation and Parole who Purposely Violates Offenders, Just to lighten there Case loads, and over crowd the prison system -

I've Been transfered from D.C.C. to the Howard R Young Correctional facility and Here there are Still 3 inmates to a Room and one sleeping on the floor -

Judge Faman the lower courts Sentence inmates to the Key Programs, Greentree, Crest Ect. These Programs are no longer effective - they are water down, and its a waste of funding - and Besides nothing is Being taught in these Programs.

all 3 major Drugs and Marijuana filtering through the Prison Population and Programs. There's also Smokeing tobbacco in the Prison Facilities Despite Governor Minners No Smokeing Policy. and the reason Drugs and tobbacco filters the inmate population is Because the Some Correctional Staff finds it very profitable to Bring these illegal items into the Prison System.

The Process is the Correctional Officer will meet the friend or family member of an incarcerated Person in a Parking lot somewhere and the Officer is Given anywhere from $200.00 to 300.00 Just to bring in illegal items into the Prison System and Give to the inmate or inmates and this is No Secret. And these are the Same Officers who are Suppose to uphold the law and Prison policy - whom wears the State of Delaware Seal on there uniforms. a MAJority of these Officers Need to Spend time here incarcerated. and that is why I want to Expose the Prison system and live a Healthy Possitive life - But I Need to leave this prison and go Home - and the only Person who Has the Authority to Release me, is you Judge Farnan and I continue pray that my Motion Has legit Merits -

Please write Back and Respond in Regards to my Motion

5/11/05

Respectfully

David Mayfield

## CERTIFICATE OF SERVICE

I, _David Mayfield_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _11th_ day of _May_, _2005_

**************************************************

** Circle the Department of Justice you are serving**

_MR Gregory Smith ESQ_    D.A.G.

| Deputy Attorney General | Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice | Department of Justice |
| 820 North French Street | 102 West Water Street | 114 East Market Street |
| Wilmington, DE 19801 | Dover, DE 19901 | Georgetown, DE 19947 |

(Wilmington entry circled)

_5/11/05_
Date Signed

_D. Mayfield_
Signature of Movant (Notarization not required)



David Mayfield #260768
Howard R. Young Correctional Institution
1301 East 18th St.
Wilmington, Dela 19809

U.S. District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware 19801-3570

Legal Mail