OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 23, 2005

TO: David Mayfield
    HRYCF
    SBI# 260768

**RE: Status Letter; 04-888 JJF**

Dear Mr. Mayfield:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                    Sincerely,

/bad

                                                PETER T. DALLEO
                                                CLERK

cc:
enc. Docket Sheet

IN the U.S. District COURT
for the District of Delaware

David Mayfield                                    Civil Act No. 04-888-JJF
        vs
Thomas Carroll Warden of D.C.C.
Jane Brady Attorney General for the State of Delaware

FILED
MAY 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    This letter is for the Hon. Judge Joseph Farnan JR. in the Above Caption Case Number. I am not Submitting any Arguments or Citeing Cases or making a Claim in this letter, I Just Want to ask the proceeding Judge over this Case a Question. In July 2004, I filed a Habias Corpes in this Honorable Court and Several Days later I filed a Memorandum in Support of my Habias Corpes, in October 2004 the State Responded as to why my Habias Corpes Motion Should fail, I Requested to be Appointed Counsel When I filed my motion in July 2004, my Request was Denied Without Prejudice on March 10th 2005. I also Requested and Added my Medical Condition to my Habias Corpes Which was Denied in December 2004 Because the Court Stated that Medical is Not Cognizable in federal Habias Proceedings. As of May 2005 My Habias Corpes and Memorandum to Support my Habias Corpes will be Currently Active in this Court 10 months. I've been told by the Law Library Paralegal at D.C.C. that the longer my motion Stays before the Court the Better for me, the Paralegal also Stated