FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civil Act - 04-888-JJF

Judge Farnan JR.

My Name is David Mayfield and I am the Petitioner in the Above Caption Case, and I would like to make an Additional Comment in Reference to the Above Caption Case as I Stated in writting to this Court last year that after Superior Court Judge Peggy Ableman sentence me on Oct 1st 2002 - as I walked Away from the podium she said Oh and by the way Mr Mayfield And because of those five male victims is my Reason for giving you all this time. She was Refering to my 1993 indictment case. her comment was not on the transcript I would also like to mention that Ive Been in the Criminal Justice System for about 15 yrs - Superior Court says that I am Noncompliant to any probation given to me, and in all cases they turn around and sentence me to more probation. Judge Farnan, I believe that my probation should have been Discharge as unimproved especially after being sentence to a four year bit, But instead they keep constantly issueing me probation. Judge Farnan the Department of probation and parole has a personal Vendetta with me since late 1999 and each officer has stated that they were going to send me back to Jail

if it was the last thing that they do. And this was mentioned when I first meet them. And everytime my new Probation officer whould show up at my Home they would be Accompanied by my former Officers, and when I made Probation office visits they were very Disrespectful and Balidgerant towards me. "My four worst Officers were

① Stacy Huffman - July 1999.
② Greg Morehart - July 1999 Violated me Aug 1999
③ Stuart Moskowitz - June 2000 Violated me May 2001
④ Lauren Press - May 30, 2002 start Violated me August 2002

Judge Farnan after Ive Done Groups on my own, Ive asked Judge Ableman if She would Consider allowing me to "Exchange Probation for T.A.S.C. But She Never Responded "Since She Sentence me to 6 months level 4 Plummer Center Ive even ask Judge Ableman in a letter would she Consider allowing me to Serve a Substancial Amount of time at the Plummer Center in Exchange for Discharging me from Probation, She has Never Responded.

Judge Farnan I pray that my Hobias Corpes Currently pending Before you, Has Valid merits

Respectfully
D / Mayfield

## CERTIFICATE OF SERVICE

I, _David Mayfield_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _5th_ day of _May_, _2005_

∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

04-888-JJF

∗∗ Circle the Department of Justice you are serving ∗∗

MR Gregory Smith ESQ   D.A.G

| Deputy Attorney General | Deputy Attorney General | Deputy Attorney General |
| --- | --- | --- |
| Department of Justice | Department of Justice | Department of Justice |
| 820 North French Street | 102 West Water Street | 114 East Market Street |
| Wilmington, DE 19801 | Dover, DE 19901 | Georgetown, DE 19947 |

(Wilmington entry circled)

_5/25/05_
Date Signed

_D J Mayfield_
Signature of Movant (Notarization not required)



David Mayfield #260268
H.R.Y.C.I. #2D Rm#7
1301 East 12th St
Wilm, Dela. 19809



U.S. District Court
844 N King St
Lock Box 18
Wilmington, Delaware, 19801-3570

Legal Mail