U.S. District Court

04-888-JJF

Dear Court Clerk

My Name is David Mayfield I Filed A Habius Corpes in this Honorable Court last year in July 2004.

It has Been over a year now and I have Not heard anything in Regards to my Habius Corpes / memorandum Petition.

I have Spoken with the Prisons Paralegal in Regards to the time Period of my Petition - and he Stated to me that it was odd that the Ruleing on the motion has not been Done yet and he was Surprise it has taken this long -

" Court Clerk could you Please Send me Something in Writting as to Why the Court has not Ruled on my motion and please Don't Send me a Docket.!!

I Just Want to know why it has taken over a year and Whether I had Valid merits.

Respectfully
David Mayfield

FILED
AUG 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





David Mayfield #260768
H.R.Y.C.I.
1301 East 12th St.
Wilm, Dela 19802

U.S. District Court
844 N. King St.
Lock Box 18
Wilm, Dela 19801-3570

Legal Mail

U.S.M.S.
X-RAY