IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID L. MAYFIELD, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 04-888-JJF |
| THOMAS L. CARROLL, Warden, | : |
| Respondent. | : |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner David A. Mayfield's Petition For A Writ Of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED and the relief requested therein is DENIED. (D.I. 1; D.I. 12; D.I. 17.)

2. The Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

Dated: October 11, 2005

_____
UNITED STATES DISTRICT JUDGE